384 A.2d 993

Dale v. Landau Brothers Building Company et al., Appellants et al.

Dale, Appellant, v. Landau Brothers Building Company et al.

Argued November 17, 1977. Thomas A. Welsh, with him Metz, Cook, Hanna & Kelly, for appellants at No. 860 and appellees at No. 864; John F. Will, Jr., with him Jerome M. Meyers, for appellant at No. 864 and appellee at No. 860.

Order affirmed.